UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CHRISTOPHER A. LEE,
          Plaintiff,

-vs-                                              Case No. 6:07-cv-621-Orl-18DAB

STATE,
          Defendant.

## ORDER

The case was referred to the United States Magistrate Judge for report and recommendation. The Court having reviewed the report and recommendation of the magistrate judge, and there being no objections to the report filed by the plaintiff, it is hereby

**ORDERED** that the report and recommendation of the magistrate judge is hereby **APPROVED**. Therefore,

The Application to Proceed In Forma Pauperis (Doc. 2) is **DENIED** without prejudice. The complaint is **DISMISSED**, with leave to amend within **ELEVEN** (11) days. Clerk of the Court is directed to **CLOSE** the case.

It is **SO ORDERED** in Orlando, Florida, this 7 day of May, 2007.

G. KENDALL SHARP
Senior United States District Judge

Copies to:

Counsel of Record
United States Magistrate Judge